AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Estelle Stamm,

        Plaintiff,

V.

The City of New York and the City of New York Police Department,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 6521

Judge Pauley

TO: (Name and address of Defendant)

The City of New York
Office of Corporation Counsel
100 Church Street
New York, NY 10007

City of New York Police Department
1 Police Plaza
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce J. Turkle
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103
USA

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          JUL 1 9 2007

CLERK                                                    DATE

12499.1

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                             *Signature of Server*

                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

)12499.1

2002 © American LegalNet, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ESTELLE STAMM,

                Plaintiff

   -VS-

THE CITY OF NEW YORK and THE CITY OF NEW YORK
POLICE DEPARTMENT

                Defendants
-------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

CASE # **07 CV 6521**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF RICHMOND   )

      **WAI TAK JOE,** being duly sworn deposes and says, that Deponent is not a party to the action, is over 18 years of age and resides in the State of New Jersey.

      On July 19th, 2007 deponent served a copy of a **SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND and JUDGES RULES** upon The City of New York by serving Madelyn Santana who stated to me she is a Docketing Clerk for The Corporation Counsel and is authorized to accept service on The City of New York behalf.

Service Address
**City of New York
100 Church Street 4th Fl
New York, NY, 10007**

Name & Description of Party Served
  Name:  **Madelyn Santana**
  Sex:    **Female**
  Color:  **Hispanic**
  Hair:   **Long Black**
  Approx. Age:  **30-35**
  Approx. Height:  **5'4-5'5**
  Approx. Weight:  **120-125**
  Approx. Time:  **3:30 p.m.**

_____
WAI TAK JOE
LIC # 1175449

Sworn to before me this
20TH Day of JULY 2007

_____
Notary Public

JENNIFER LAU
Notary Public, State of New York
No. 01LA6164777
Qualified in Richmond County
Commission Expires April 30, 2011

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESTELLE STAMM,

                Plaintiff

  -VS-


THE CITY OF NEW YORK and THE CITY OF NEW YORK
POLICE DEPARTMENT

                Defendants
------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

CASE # **07 CV 6521**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF RICHMOND  )

        **WAI TAK JOE,** being duly sworn deposes and says, that Deponent is not a party to the action, is over 18 years of age and resides in the State of New Jersey.

        On July 19th, 2007 deponent served a copy of a **SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND and JUDGES RULES** upon The City of New York Police Department by serving Madelyn Santana who stated to me she is a Docketing Clerk for The Corporation Counsel and is authorized to accept service on The City of New York Police Department behalf.

Service Address
**City of New York
Police Department
100 Church Street, 4th fl
New York, NY, 10007**

Name & Description of Party Served
    Name:  **Madelyn Santana**
    Sex:    **Female**
    Color:  **Hispanic**
    Hair:   **Long Black**
    Approx. Age:  **30-35**
    Approx. Height:  **5'4-5'5**
    Approx. Weight:  **120-125**
    Approx. Time:  **3:30 p.m.**

_____
WAI TAK JOE
LIC # 1175449

Sworn to before me this
20TH Day of JULY 2007

_____
Notary Public

JENNIFER LAU
Notary Public, State of New York
No. 01LA6164777
Qualified in Richmond County
Commission Expires April 30, 2011