


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-17-07

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Elizabeth A. Wells
Room 2-189
Tel.: (212)-788-0898
Fax: (212)-788-0940
(not for service)

August 14, 2007

**BY HAND**

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

    Re:    Stamm v. City, et al.
            07 CV 16521 (WHP)(RLE)

Dear Judge Pauley:

        This office represents the City of New York and New York City Police Department in the above-captioned action, in which plaintiff alleges various violations of her rights when she was ordered to leave the subway system on April 20, 2006. I write respectfully to request that that defendants' time to respond to the Complaint be extended to September 7, 2007.

        The original date for defendants' response was August 8, 2007. We regret and ask the Court to excuse the untimeliness of this request. My attempt to file this letter via ECF last Friday was rejected, necessitating this late submission. This is the first such request, which is not believed to prejudice plaintiff. The requested extension will allow this office sufficient time to identify and locate the police officers who allegedly engaged in the conduct underlying plaintiff's claims, to investigate the factual allegations contained in plaintiff's complaint, to review the applicable law under which plaintiff's claims are brought, and to formulate an appropriate response. I have spoken with plaintiff's counsel, who consents to this request.

*Application Granted*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

8-14-07

Thank you for your consideration of the foregoing

Respectfully submitted,

Jeffrey S. Dantowitz
Assistant Corporation Counsel

cc: Bruce J. Turkle
(via email)