UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ESTELLE STAMM,

                              Plaintiff,

-against-

CITY OF NEW YORK AND THE CITY OF NEW YORK
POLICE DEPARTMENT,

                              Defendants.

-------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 CV 6521 (WHP)

**PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the named defendants in the above-titled action.

Dated:      New York, New York
               September 5, 2007

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                          City of New York
                                          Attorney for Defendants
                                          100 Church Street, Room 2-189
                                          New York, N.Y. 10007
                                          (212) 788-0898
                                          e-mail: ewells@law.nyc.gov

                                          By: _____
                                               Elizabeth A. Wells
                                             Assistant Corporation Counsel

cc:  Bruce J. Turkle, Esq.
      **via ecf**