



**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Elizabeth A. Wells
Room 2-189
Tel.: (212-788-0898
Fax: (212)-788-0940
(not for service)

September 21, 2007

**BY HAND**

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

**MEMO ENDORSED**

Re:  *Stamm v. City, et al.*
     07 CV ~~16521~~ 0652 (WHP)

Dear Judge Pauley:

    I am the Assistant Corporation Counsel assigned to represent the City of New York and New York City Police Department in the above-captioned action, in which plaintiff alleges various violations of her rights when she was ordered to leave the subway system on April 20, 2006. I write to respectfully request that that defendants' time to respond to the Complaint be extended from September 21, 2007 to November 7, 2007. Plaintiff consents to this request, which is defendants' third request for an extension to respond.

    To date, the Corporation Counsel's office has been able to identify one police officer described in the Complaint, P.O. Shield No. 3442. This officer has been unable to meet with this office due to personal circumstances. The requested extension will provide the additional time needed for this office to meet with P.O. Shield No. 3442, and to identify, locate, and interview any additional police officers or other city employees who may have also been involved in or witnesses to the alleged incident.

    Thank you for your time and consideration of this request for an extension of time to respond to the Complaint until November 7, 2007.

*Application granted*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

Respectfully submitted,

Elizabeth A. Wells
Assistant Corporation Counsel

cc:  Bruce J. Turkle
     (via email)