```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ESTELLE STAMM,                              :
                                            :    07 Civ. 6521 (WHP)
                    Plaintiff,              :
                                            :    SCHEDULING ORDER
        -against-                           :
                                            :
CITY OF NEW YORK et al.                     :
                                            :
                    Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

WILLIAM H. PAULEY III, District Judge:

Counsel for all parties having appeared before this Court for an initial pre-trial conference on November 9, 2007, the following schedule is established on consent of the parties:

1. The parties shall make automatic disclosures by November 21, 2007;

2. The parties shall complete all factual discovery by April 30, 2008;

3. A status conference shall be held on May 9, 2008 at 9:45 a.m.

Dated: November 9, 2007
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

-1-

*Counsel of Record:*

Bruce J. Turkle, Esq.
Phillips Nizer Benjamin Krim & Ballon LLP
666 Fifth Avenue
New York, NY 10103
*Counsel for Plaintiff*

Elizabeth A. Wells, Esq.
Office of Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants*