UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ESTELLE STAMM,

                     Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.,

                    Defendants.
------------------------------------X

07 Civ. 6521 (WHP)(RLE)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositve Motion/Dispute:*
_____
_____
If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____
All such motions: ____

=====================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: November 9, 2007
       New York, New York

                                     UNITED STATES DISTRICT JUDGE
                                     WILLIAM H. PAULEY III

*Counsel of Record:*

Bruce J. Turkle, Esq.
Phillips Nizer Benjamin Krim & Ballon LLP
666 Fifth Avenue
New York, NY 10103
*Counsel for Plaintiff*

Elizabeth A. Wells, Esq.
Office of Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants*