```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTELLE STAMM,

                              Plaintiff,

          - against -

THE CITY OF NEW YORK, et al.,

                            Defendants.

ORDER

07 Civ. 6521 (WHP) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    Following a conference before the Court on January 22, 2008,

    **IT IS HEREBY ORDERED** that the Parties appear before the Court for a subsequent conference on **February 25, 2008, at 2:00 p.m.**

**SO ORDERED this 23rd day of January 2008**
New York, New York

                                                       The Honorable Ronald L. Ellis
                                                       United States Magistrate Judge