UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTELLE STAMM,

                **Plaintiff,**

         - against -

THE CITY OF NEW YORK, et al.,

                **Defendants.**

**ORDER**

07 Civ. 6521 (WHP) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/08

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on February 25, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference before the Court on **March 11, 2008, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that an attorney from the legal bureau of the City of New York Police Department ("NYPD") appear to explain the delay if the NYPD has not submitted a settlement proposal to Plaintiff by the March 11, 2008 conference.

**SO ORDERED this 25th day of February 2008**
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge