USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTELLE STAMM,

                Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

07 Civ. 6521 (WHP) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on March 11, 2008,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference before the Court on **April 10, 2008, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that Captain Tighe of the City of New York Police Department ("NYPD") Policy and Planning Unit appear to explain the delay if the NYPD has not submitted a settlement proposal to Plaintiff by the April 10, 2008 conference.

**SO ORDERED this 11th day of March 2008**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge