```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ESTELLE STAMM,                :
                                              07 Civ. 6521 (WHP)
             Plaintiff,       :
                                              ORDER
     -against-                :

CITY OF NEW YORK, et al.      :

                              :
             Defendants.
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: May 8, 2008
      New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of Record:*

Bruce J. Turkle, Esq.
Phillips Nizer Benjamin Krim & Ballon LLP
666 Fifth Avenue
New York, NY 10103
*Counsel for Plaintiff*

Elizabeth A. Wells, Esq.
Office of Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for Defendants*